1177

No. 96–8073.  CROSBY v. MAZURKIEWICZ ET AL.  C. A. 3d Cir. Certiorari denied.

No. 96–8075.  KIERSTEAD v. SUTER ET AL. (two judgments). C. A. 3d Cir.  Certiorari denied.

No. 96–8084.  REAGANS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 96–8089.  HAWKINS v. OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 96–8100.  SAULSGIVER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 96–8102.  WEEKLY v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–8106.  JACOBSON v. STEVENS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 96–8108.  CLARK v. LECUREUX, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 96–8109.  ALTSCHUL v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 96–8110.  CRUTCHER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–8117.  WHITE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 96–8123.  LEWIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–8128.  CRAVEN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–8139.  NESBITT v. MEYER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–8152.  PORTER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.